UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CIELO JEAN "CJ" GIBSON, et al., | CASE NO. C25-572 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SABOR OAXACA BY MARICRUZ LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Status Report filed by Plaintiffs. (Dkt. No. 9.) The Court hereby extends the Joint Status Report filing date, and the Joint Status Report shall be due within 30 days of entry of this Order.

\\

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed July 2, 2025.

3

4 | Ravi Subramanian
Clerk of Court

5 | s/Alejandro Pasaye Hernandez
Deputy Clerk